No. 61802.—Clarence S. Holmes et al. *v.* United States, protests 220320–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiffs was sustained.

No. 61803.—American Meshed Fur Co. and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 237874–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

No. 61804.—Bluefries New York, Inc. *v.* United States, protest 267406–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise and the issues are .the same in all material respects as those the subject of *Bluefries New York, Inc.* v. *United States* (39 Cust. Ct. 79, C. D. 1909), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).   *United States* v. *William Heyer,* 31 C. C. P. A. 111, C. A. D. 259, followed.

BEFORE THE SECOND DIVISION, APRIL 10, 1958

No. 61805.—Hudson Shipping Co., Inc. *v.* United States, protest 306972–K . (New York).

Opinion by LAWRENCE, J.   The protest was dismissed for lack of prosecution.